UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VARIANT DISPLAYS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE EXHIBITS, INC., a California corporation; FISHMAN TRANSDUCERS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-01685 CJC(JCGx)<br><br>**ORDER GRANTING STIPULATION FOR A PROTECTIVE ORDER**<br><br>Judge: Hon. Cormac J. Carney |

The Court hereby GRANTS the Parties' Stipulation for a Protective Order filed on August 18, 2016.

IT IS SO ORDERED.

DATED: August 22, 2016

_____
The Honorable Jay C. Gandhi
United States Magistrate Judge